UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:10-cr-00222 |
| | ) | |
| v. | ) | Hon. Ellen S. Carmody |
| | ) | |
| SHERVIN ANNETTE GORE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### ORDER OF DETENTION

The parties appeared before me on October 14, 2010 for a change of plea hearing. Defendant was represented by appointed counsel, Britt Morton Cobb. At the hearing, defendant voluntarily surrendered and agreed to detention. As such, defendant is ordered detained pending further proceedings in this matter. Defendant is committed to the custody of the Attorney General until further order of the court.


Date: October 15, 2010                     /s/ Ellen S. Carmody
                                     ELLEN S. CARMODY
                                     United States Magistrate Judge